ORDERED.

Dated: September 15, 2015

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

Anthony Cimino

Case No.8:14-bk-00149-KRM
CHAPTER 13

Debtor(s)[1]
_____/

### ORDER DISMISSING CHAPTER 13
### CASE FOR FAILURE TO MAKE PLAN PAYMENTS
(EFFECTIVE DATE OF THIS ORDER IS 14 DAYS FROM THE DATE OF ENTRY)

This matter came on for consideration for the purpose of considering the entry of an appropriate Order in the above-styled Chapter 13 case. The Court, having reviewed the record, finds that an Order on Trustee's Motion To Dismiss For Failure to Make Payments to the Trustee and Granting Period to Cure Default was entered on September 18th, 2014 (Doc #51), for reason of the Debtor's delinquency in payments to the Trustee. The Court being advised that the Debtor failed to comply with said Order, it is,

**ORDERED**:

1. This case is DISMISSED without prejudice.

2. Notwithstanding any court order to the contrary, the Trustee shall disburse all

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

funds on hand to the Debtor, in care of the Debtor's attorney, where represented by an attorney, and shall thereafter file her final report and upon filing as same, shall be discharged of her duties as Trustee.

      3.      The effective date of this Order is delayed fourteen (14) days to permit the Debtor to convert this case to another chapter under the Bankruptcy Code if the Debtor wishes to do so.

      4.      All pending hearings are hereby canceled, except for any Order to Show Cause hearings the Court has set.

Trustee Kelly Remick is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

KR/nag                                              C13T 9.14.15