# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE:  Anthony Cimino

CASE NO: 14-00149

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 9/16/2015, a copy of the following documents, described below,

Order Dismisisng - DOC #64,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/16/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kelly Remick
Chapter 13 Standing Trustee
PO Box 6099
Sun City Center, FL  33571

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
113A-8
CASE 8-14-BK-00149-KRM
MIDDLE DISTRICT OF FLORIDA
TAMPA
WED SEP 16 09-09-23 EDT 2015

DOUG BELDEN
HILLSBOROUGH COUNTY TAX COLLECTOR
CO BRIAN T. FITZGERALD
P.O BOX 1110
TAMPA FL 33601-1110

*DEBTOR*

ANTHONY CIMINO
3061 SUTTON WOODS DR
PLANT CITY FL 33566-9607

*EXCLUDE*

~~K. RODNEY MAY~~
~~TAMPA~~

NATIONSTAR MORTGAGE LLC
FLORIDA FORECLOSURE ATTORNEYS PLLC
CO FRANK J. GOMEZ ESQUIRE
4855 TECHNOLOGY WAY SUITE 500
BOCA RATON FL 33431-3352

TRACI K STEVENSON
P.O. BOX 86690
MADEIRA BEACH FL 33738-6690

CO BILL GRIFFIN SUTTON WOODS
HOMEOWNERS ASS
3032 SUTTON WOODS DR
PLANT CITY FL 33566-9606

ANGELA A VELEN
COLLECTION AT LAW INC
3835 EAST THOUSAND OAKS BLVD
SUITE R-349
WESTLAKE VILLAGE CA 91362-3637

ALTAIR OH XIII LLC
C O WEINSTEIN PINSON AND RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132

ACHIEVA CREDIT UNION
P.O. BOX 1500
DUNEDIN FL 34697-1500

ADVANCE RESTAURANT FINANCE
CO ANGELA A VELEN ESQ.
COLLECTION AT LAW INC.
3835 E THOUSAND OAKS BLVD
THOUSAND OAKS CA 91362-3637

ADVANCE RESTAURANT FINANCE LLC
ANGELA A VELEN ESQ
3835 E THOUSAND OAKS BLVD STE R-349
WESTLAKE VILLAGE CA 91362-3637

ALLY
P.O. BOX 380902
MINNEAPOLIS MN 55438-0902

ALLY FINANCIAL SERVICED BY ALLY
SERVICING LL
PO BOX 130424
ROSEVILLE MN 55113-0004

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BRANDON REGIONAL HOSPITA
RESURGENT CAPITAL SERVICES
PO BOX 1927
GREENVILLE SC 29602-1927

BRANDON REGIONAL HOSPITAL
P.O. BOX 740743
CINCINNATI OH 45274-0743

BRIGHTNOW DENTAL
11385 CAUSEWAY BLVD A4-5
BRANDON FL 33511-2904

CACH LLC
4340 S. MONACO STREET
2ND FLOOR
DENVER CO 80237-3485

CACH LLC
4340 S. MONOCO 2ND FLOOR
DENVER CO 80237-3485

CALVARY PORTFOLIO SERVICE
P.O. BOX 27288
TEMPE AZ 85285-7288

CAPITAL ONE
P.O. BOX 30253
SALT LAKE CITY UT 84130-0253

CAVALRY SPV I LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-1340

COOK SALES INC.
P.O. BOX 687
ANNA IL 62906-0687

CREDIT BUREAU SYSTEMS INC.
P.O. BOX 9200
PADUCAH KY 42002-9200

DEPARTMENT OF REVENUE
PO BOX 6668
TALLAHASSEE FL 32314-6668

DOUG BELDEN TAX COLLECTOR
601 E KENNEDY BLVD 14TH FLR.
TAMPA FL 33602-4932

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| FAMS<br>P.O. BOX 451409<br>ATLANTA GA 31145-9409 | FINANCIAL ASSET MNGT SYSTS<br>P.O. BOX 451409<br>ATLANTA GA 31145-9409 | FINANCIAL CORP OF AMERICA<br>P.O. BOX 203500<br>AUSTIN TX 78720-3500 |
| FLORIDA CENTRAL CU<br>P.O. BOX 18605<br>TAMPA FL 33679-8605 | FOCUS RECEIVABLES MNGT LLC<br>1130 NORTHCHASE PARKWAY<br>SUITE 150<br>MARIETTA GA 30067-6429 | GE CAPITAL RETAIL BANK<br>CO RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 |
| GECRBCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>P.O. BOX 103106<br>ROSWELL GA 30076-9106 | GECRBLOWE S<br>P.O. BOX 965007<br>ORLANDO FL 32896-5007 | GECRBSAMS<br>ATTN BANKRUPTCY DEPT<br>P.O. BOX 103104<br>ROSWELL GA 30076-9104 |
| GOODYEAR TIRECITIBANK<br>P.O. BOX 6497<br>SIOUX FALLS SD 57117-6497 | GUNDEL LAW<br>1915 EAST BAY DR SUITE 4B<br>LARGO FL 33771-2203 | HSBC BANK NEVADA<br>P.O. BOX 98706<br>LAS VEGAS NV 89193-8706 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | LAW OFF OF HAROLD E SCHERR<br>1064 GREENWOOD BLVD<br>SUITE 328<br>LAKE MARY FL 32746-5419 | NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| NATIONSTAR MORTGAGE<br>P.O. BOX 650783<br>DALLAS TX 75265-0783 | PERFORMANCE FOOD GROUP CO<br>P.O. BOX 730<br>DOVER FL 33527-0730 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PROFESSIONAL RECOVERY SERV<br>P.O. BOX 1880<br>VOORHEES NJ 08043-7880 | RGS FINANCIAL INC<br>P.O. BOX 852039<br>RICHARDSON TX 75085-2039 | REWARDS NETWORK ESTABLISHMENT<br>SERVICES INC.<br>2 N. RIVERSIDE PLAZA SUITE 200<br>CHICAGO IL 60606-2677 |
| ROBERTSON ANSCHUTZ SCHNEID<br>6409 CONGRESS AVE.<br>SUITE 100<br>BOCA RATON FL 33487-2853 | ROSENFELD STEIN BATTA P.A<br>21490 W DIXIE HIGHWAY<br>MIAMI FL 33180-1144 | SMILE BRANDS FINANCE<br>201 SANDPOINTE AVE<br>SUITE 800<br>SANTA ANA CA 92707-6708 |
| SUNTRUST BANK<br>7455 CHANCELLOR DR<br>ORLANDO FL 32809-6213 | SUNTRUST BANK<br>ATTN. SUPPORT SERVICES<br>P.O. BOX 85092<br>RICHMOND VA 23286-0001 | SUTTON WOODS HOA ASSOC<br>P.O. BOX 4107<br>PLANT CITY FL 33563-0020 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

|  |  | *CM/ECF E-SERVICE* |
|---|---|---|
| WALDEN LAKE COMM ASSOC<br>CO RAMPART PROPERTIES<br>9887 4TH ST N. SUITE 301<br>SAINT PETERSBURG FL 33702-8445 | WALDEN LAKE CONDOMINIUM ASSOCIATION<br>INC<br>CO BUSINESS LAW GROUP P.A.<br>301 WEST PLATT STREET #375<br>TAMPA FL 33606-2292 | BRIAN T FITZGERALD +<br>HILLSBOROUGH COUNTY ATTORNEY<br>SENIOR ASSISTANT COUNTY ATTORNEY<br>PO BOX 1110<br>TAMPA FL 33601-1110 |

| *CM/ECF E-SERVICE* | *CM/ECF E-SERVICE* | *EXCLUDE* |
|---|---|---|
| UNITED STATES TRUSTEE - TPA713 7+<br>TIMBERLAKE ANNEX SUITE 1200<br>501 E POLK STREET<br>TAMPA FL 33602-3949 | ALAN D BORDEN +<br>DEBT RELIEF LEGAL GROUP LLC<br>901 W. HILLSBOROUGH AVENUE<br>TAMPA FL 33603-1309 | ~~KELLY REMICK +~~<br>~~CHAPTER 13 STANDING TRUSTEE~~<br>~~POST OFFICE BOX 6099~~<br>~~SUN CITY FL 33571-6099~~ |

| *CM/ECF E-SERVICE* | *CM/ECF E-SERVICE* |
|---|---|
| TRICIA MORRA +<br>FLORIDA FORECLOSURE ATTORNEYS PLLC<br>4855 TECHNOLOGY WAY SUITE 500<br>BOCA RATON FL 33431-3352 | NOTE- ENTRIES WITH A  +  AT THE END OF THE<br>NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF |